

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Alexander Judka*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*          main: *(973) 645-2700*
*Newark, New Jersey 07102*             direct: *(973)645-2825*
*Alexander.judka@usdoj.gov*

May 14, 2026

**<u>BY ECF</u>**
Honorable Esther Salas, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

     Re:    *Nemaei v. Noem, et al.,* **No. 26-cv-1735 (ES)**
               **Request for 60-Day Extension of Deadline by Consent**

Dear Judge Salas:

     This Office represents Joseph B. Edlow and Kristi Noem (in their official capacity) (collectively the "Federal Defendants") in this Mandamus matter filed by Plaintiff. We write to respectfully request a 60-day extension of the Federal Defendants' deadline to answer or otherwise respond to the Complaint. The Federal Defendants' current deadline is May 22, 2026. Should the Court grant this request, the new response date would be July 21, 2026. Reza Mazaheri, Esq., counsel for Plaintiff, consents to this request.

     We respectfully submit that good cause exists for the extension. The Federal Defendants are still in the process of evaluating the Complaint. If this request is granted, the additional time will allow this Office to coordinate with the relevant government stakeholders and to engage Plaintiff's counsel to determine if there is an appropriate means to resolve the case without protracted litigation and exhausting additional judicial resources.

If this proposal is acceptable to the Court, we respectfully request that Your Honor so-order this letter and have the Clerk's Office file it on the docket. Thank you for your consideration of this request.

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY

By:    s/Alexander Judka
       ALEXANDER JUDKA
       Assistant United States Attorney
       Attorneys for Federal Defendants

cc:    Plaintiff's Counsel (by ECF)

SO ORDERED.

_____
Hon. Esther Salas, U.S.D.J.
Date: May 14, 2026

2