**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **NIMA NEMAEI**<br>Plaintiff,<br>**v.**<br>**KRISTI NOEM, et al.**<br><br>Defendants. | CIVIL ACTION NO. 2:26-cv-01735-ES<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**WHEREAS,** plaintiff NIMA NEMAEI ("Plaintiff") filed a complaint on February 20, 2026, pursuant to the Administrative Procedure Act, challenging the delay in the adjudication of his I-751 petition and N-400 application by United States Citizenship and Immigration Services ("USCIS");

**WHEREAS**, ("USCIS") has since approved Plaintiff's I-751 petition and the N-400 application, and Plaintiff has now become a naturalized U.S. citizen, Plaintiff, by and through his undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action without prejudice against ALL defendants. Each party shall bear their own costs.

Dated: September 4, 2026

Respectfully submitted,

**/S/ REZA MAZAHERI**
By: Reza Mazaheri, Esq.
Sethi and Mazaheri, LLC
344 Grove Street, #111
Jersey City, NJ 07302
Tel: (646) 405-9846
Fax: (201) 595-0957
E-mail: mazaheri@sethimaz.com
*Attorney for Plaintiff*

**SO ORDERED.**

_____________________________________
**Hon. Esther Salas, U.S.D.J.**
**Date: September 8, 2026**